ATTORNEY GRIEVANCE COMMISSION       \*     IN THE
OF MARYLAND

                               \*     COURT OF APPEALS

     Petitioner                       \*     OF MARYLAND

                               \*

v.                                       \*

                               \*     Misc. Docket AG

DIANA BETH DENRICH            \*

                               \*     No. <u>70</u>

     Respondent                    \*     September Term, 2016

                               \*

## <u>ORDER</u>

Upon consideration of the Petition for Disciplinary or Remedial Action, filed by Petitioner pursuant to Maryland Rule 19-721(a)(2) and 19-738, it is this ___20th___ day of December _____, 2016, by the Court of Appeals of Maryland,

ORDERED, that the Respondent, Diana Beth Denrich, be and is hereby temporarily suspended from the practice of law in the State of Maryland pursuant to Maryland Rule 19-738(d), effective immediately and until further order of this Court,

ORDERED, that the Clerk of this Court shall remove the name of Diana Beth Denrich from the register of attorneys maintained by the Clerk and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

                                         <u>/s/ Clayton Greene Jr.</u>
                                         Senior Judge